■ EUGENE M. GRANT, Appellant, v. EDMUND LAVOIE et al., Respondents. — In an action to recover damages by reason of defendants' alleged violation of the amended zoning ordinance of the Village of Mamaroneck, and to restrain them from erecting and building upon their land, and for other relief, plaintiff appeals: (a) from an order of the Supreme Court, Westchester County, dated November 6, 1961, which granted defendants' motion for summary judgment dismissing the complaint on the merits, pursuant to rule 113 of the Rules of Civil Practice; and (b) from the judgment of said court, entered November 14, 1961, on such order. Order and judgment affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ MASON A. GUNN et al., Respondents, v. HERMAN SPRINGHORN, Appellant, et al., Defendant. — In a negligence action arising out of a rear-end automobile collision, the defendant Herman Springhorn appeals from an order of the Supreme Court, Ulster County, dated October 6, 1961, and entered in Dutchess County, November 9, 1961, which granted plaintiffs' motion for summary judgment and directed an assessment of damages, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion for summary judgment denied. In our opinion, the record presents issues of fact which should be resolved upon a trial. Ughetta, Acting P. J., Kleinfeld, Rabin and Hopkins, JJ., concur; Hill, J., dissents and votes to affirm the order granting summary judgment, on the ground that the explanation in defendant's affidavit submitted in opposition to the motion, is incredible as a matter of law.

■ JANICE HARBIN et al., Respondents, v. FRED L. HARBIN, Appellant. — In a negligence action to recover damages for personal injuries, arising out of an automobile accident, brought against the defendant by his wife and three minor children who were passengers in his automobile at the time of the accident, the defendant appeals from so much of an order of the Supreme Court, Kings County, dated September 28, 1961, as denied his motion for summary judgment dismissing the complaint. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.